# First District Court of Appeal
## State of Florida

_____

No. 1D16-5676

_____

JOSEPH H. BROWNING and
DEBORAH BROWNING,

    Appellants,

    v.

BI-LO HOLDINGS, INC.; BI-LO
HOLDINGS, LLC; et al.,

    Appellees.

_____


On appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

September 25, 2018


PER CURIAM.

    AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Carl Scott Schuler and Brian J. Lee, Jacksonville, for Appellants.

Joseph B. Stokes, III, Dana A. Jacobs, and William Tupper Stone, Jacksonville, for Appellees.